Michael J. LESESNE, Petitioner–Appellant,

v.

Willie EAGLETON, Warden of Evans Correctional Institution; Charles Molony Condon, Respondents–Appellees.

No. 01–7932.

United States Court of Appeals, Fourth Circuit.

Submitted March 26, 2002.

Decided June 24, 2002.

Michael J. Lesesne, Appellant Pro Se. William Edgar Salter, III, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael J. Lesesne appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Lesesne v.*

*Eagleton,* No. CA–00–2495–4–23BF (D.S.C. filed Sept. 25, 2001; entered Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*